## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELYSE HOLMES,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **NANCY BERRYHILL, ET AL.,** | **NO. 19-784** |
| **Defendants.** | |

## O R D E R

AND NOW, this 31st. day of March 2020, upon careful and independent consideration of the administrative record, the brief in support of review filed by Plaintiff and Defendant's response thereto (Docs. 13, 14), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge and upon consideration of Defendant's Objections to the Magistrate Judge's Report and Recommendation (ECF#21) and Plaintiff's Response thereto (ECF#22), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report; and

3. The decision of the Commissioner is **REVERSED** for the purposes of this remand only.

4. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**

2