IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELYSE HOLMES,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **NANCY BERRYHILL, ET AL.,**<br>　　　　　**Defendants.** | **NO. 19-784** |

## O R D E R

**AND NOW**, this 4th day of May, 2020, upon consideration of Plaintiff's Motion for Attorney's Fees (ECF 26), Defendant's Response thereto (ECF 27), and Plaintiff's Reply (ECF 28), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**